| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>TEILBORG, JAMES A | 2. Court or Organization<br><br>U. S. DISTRICT COURT | 3. Date of Report<br><br>05/08/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>U. S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>401 WEST WASHINGTON STREET<br>SUITE 523-SPC 51<br>PHOENIX, AZ 85003-2154 | 8. On the basis of the information contained in this Report and any<br>   modifications pertaining thereto, it is, in my opinion, in compliance<br>   with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2008 MAY -9 A 11:03 FINANCIAL DISCLOSURE OFFICE RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | METROPOLITAN LIFE # 1 (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A | 05/08/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | METROPOLITAN LIFE (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) | $ 13,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A | 05/08/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. THE ARIZONA CLUB | HONORARY MEMBERSHIP (DUES, LIKE PRIVILEGES) | $ 500 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RENTAL PROPERTY #1, ASPEN, CO. | E | Rent | | | SELL ALL | 05-17 | N | G | SOMMERVILLE FAMILY HEALTH |
| 2. RAW LAND, ▮▮▮ AZ (2000, $79,000.) | | None | L | R | | | | | |
| 3. AMERICAN SCANDIA VARIABLE ANNUITY | E | Int./Div. | O | T | | | | | |
| 4. GENWORTH VARIABLE ANNUITY #1 (FORMERLY G.E.ANNUITY) | F | Int./Div. | O | T | | | | | |
| 5. GENWORTH VARIABLE ANNUITY # 2 (FORMERLY G.E. ANNUITY) | C | Int./Div. | K | T | | | | | |
| 6. HARTFORD LIFE VARIABLE ANNUITY | D | Int./Div. | N | T | | | | | |
| 7. PACIFIC LIFE VARIABLE ANNUITY # 1 | E | Int./Div. | O | T | | | | | |
| 8. LAKE PLEASANT 241 LIMITED PARTNERSHIP | A | Distribution | | | FINAL DISTRI | 12/31 | M | G | |
| 9. UBS PACE MM INVESTORS (FORMERLY PACE MM) | A | Dividend | J | T | PARTIAL SELL | 1/24 | J | | |
| 10. | | | | | PARTIAL SELL | 4/24 | J | | |
| 11. | | | | | PARTIAL SELL | 4/30 | J | | |
| 12. | | | | | PARTIAL SELL | 7/25 | J | | |
| 13. | | | | | PARTIAL SELL | 10/25 | J | | |
| 14. UBS BANK USE DEP ACCT | B | Interest | J | T | | | | | |
| 15. BANK OF AMERICA ACCTS | A | Interest | J | T | | | | | |
| 16. JPMORGAN CHASE ACCT (FORMERLY BANK ONE) | A | Interest | K | T | | | | | |
| 17. RMA MONEY MARKET PORTFOLIO | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. THERMOSURGERY, INC. | | None | J | T | | | | | |
| 19. NATIONWIDE LIFE POLICY | D | Int./Div. | M | T | | | | | |
| 20. PACIFIC LIFE VARIABLE ANNUITY POLICY # 2 (SELECT EXEC II) | A | Int./Div. | K | T | | | | | |
| 21. EQUITABLE LIFE POLICY | D | Int./Div. | M | T | | | | | |
| 22. AMERICAN FUNDS AMCAP FUND, CLASS F | D | Dividend | M | T | | | | | |
| 23. HARTFORD LIFE INSURANCE LEADERS ANNUITY | C | Int./Div. | L | T | | | | | |
| 24. ██████████ | | None | L | U | | | | | |
| 25. DAVIS NY VENTURE FUND, INC. CLASS A | | None | | | PARTIAL SELL | 1/18 | J | A | |
| 26. | | | | | SELL ALL | 4/24 | K | D | |
| 27. PIMCO TOTAL RETURN FUND, CLASS A | A | Int./Div. | | | SELL ALL | 4/24 | K | A | |
| 28. CALAMOS GROWTH FUND CLASS A | A | Dividend | L | T | PARTIAL SELL | 4/26 | J | A | |
| 29. DWS RREEF R. E. SEC A(FORMERLY SCUDDER DREMAN RREEF) | A | Dividend | | | SELL ALL | 4/24 | J | B | |
| 30. FIRST CREDIT UNION ACCOUNTS | A | Interest | K | T | | | | | |
| 31. ACTIVE ASSETS MONEY TRUST | A | Dividend | | | SELL ALL | 4/24 | J | | |
| 32. DELAWARE DIVERSIFIED INCOME FUND | E | Dividend | L | T | | | | | |
| 33. DRYDEN SH TRM CORP BOND FD CLASS A | A | Dividend | | | SELL ALL | 4/24 | K | | |
| 34. GOLDMAN SACHS GRW OPPORTUNITIES | | None | | | SELL ALL | 4/24 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IVY LARGE CAP GROWTH FUND CLASS A | | None | | | SELL ALL | 4/24 | K | C | |
| 36. LORD ABBETT ALL VALUE FUND CLASS A | A | Dividend | M | T | PARTIAL SELL | 4/26 | J | A | |
| 37. MAINSTAY SM CAP OPPORTUNITIES | | None | | | SELL ALL | 4/24 | K | B | |
| 38. UBS DYNAMIC ALPHA FUND CLASS A | D | Dividend | M | T | | | | | |
| 39. JOHN HANCOCK FREEDOM 529 ACCOUNT 1 CL A | A | Int./Div. | J | T | | | | | |
| 40. JOHN HANCOCK FREEDOM 529 ACCOUNT 2 CL A | A | Int./Div. | J | T | | | | | |
| 41. JOHN HANCOCK FREEDOM 529 ACCOUNT 3 CL A | B | Int./Div. | K | T | | | | | |
| 42. JOHN HANCOCK FREEDOM 529 ACCOUNT 4 CL A | A | Int./Div. | J | T | BUY | 11/16 | J | | |
| 43. AMERICAN FUNDS CAPITAL INCOME | D | Dividend | M | T | BUY | 4/26 | J | | |
| 44. ARIZONA EDUC LN MARKTG SER A-3 | A | Interest | | | SELL ALL | 1/17 | K | | |
| 45. FIDELITY ADV DVRSFD INTL A | | None | | | PARTIAL SELL | 4/18 | J | A | |
| 46. | | | | | SELL ALL | 4/24 | L | D | |
| 47. FT. TEMPLETON GROWTH A | C | Dividend | M | T | | | | | |
| 48. HENDERSON GLOBAL INVESTORS INTL A | D | Dividend | M | T | PARTIAL SELL | 4/26 | J | A | |
| 49. ING GLOBAL REAL ESTATE FUND CL A | A | Dividend | L | T | | | | | |
| 50. NUVEEN MUNICIPAL VALUE FUND | A | Dividend | J | T | | | | | |
| 51. OPPENHEIMER INTL BOND FD CL A | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ROYCE TOTAL RETURN FUND | A | Dividend | | | PARTIAL SELL | 1/26 | J | | |
| 53. | | | | | PARTIAL SELL | 4/26 | M | D | |
| 54. | | | | | SELL ALL | 10/25 | J | | |
| 55. TOUCHSTONE MID CAP GROWTH FUND | D | Dividend | M | T | BUY | 4/26 | J | | |
| 56. ARIZONA HLTH F/7-F BE 3650 | C | Interest | | | BUY | 5/1 | M | | |
| 57. | | | | | SELL ALL | 11/15 | M | | |
| 58. INDIANA SECNDRY MRKT | B | Interest | L | T | BUY | 6/29 | L | | |
| 59. KEELEY SMALL CAP VALUE FD | B | Dividend | L | T | BUY | 4/26 | L | | |
| 60. MARICOPA CO AZ POLL CTRL | A | Interest | K | T | BUY | 4/13 | K | | |
| 61. | | | | | PARTIAL SELL | 7/6 | K | | |
| 62. PHOENIX ARIZ IDA M/F HSG SER A REV | A | Interest | | | BUY | 2/12 | | | |
| 63. | | | . | | SELL ALL | 04/10 | L | | |
| 64. UTAH ST BRD OF REGT S/L 28D TXBL | D | Interest | M | T | BUY | 6/28 | M | | |
| 65. WEST VA HOSP FIN AU RFDG ARC(TUE) | A | Interest | | | BUY | 6/28 | L | | |
| 66. | | | | | SELL ALL | 8/21 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A | 05/08/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII:

LINE 44:  THIS ASSET, REPORTED ON LINES  69 AND 70 OF MY 2006 REPORT INCORRECTLY INDICATED THE YEAR END VALUE OF THIS INVESTMENT ON LINE 70 AS "BLANK", INSTEAD OF A "K" AND DID NOT INDICATE THE VALUE METHOD "T".   THE BUY ON LINE 69 WAS PROPERLY SHOWN AS OCCURRING ON 6/22 BUT SHOULD HAVE REFLECTED A VALUE CODE OF "L" INSTEAD OF A "K".   IN ADDITION THE ENTRY ON LINE 70 SHOULD HAVE INDICATED "PARTIAL SELL" RATHER THAN "SELL ALL" WITH THE SALE VALUE OF "K".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544